# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF JUDICIAL DISCIPLINE OF WILLIAM S. POTTER.

No. 81863

FILED

DEC 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on September 30, 2020, with the filing of a Certified Copy of Stipulation and Order of Consent to Public Admonishment. *See* Procedural Rules of the Nevada Commission on Judicial Discipline (PRJDC), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.
Pickering

cc:   William S. Potter
      Nevada Commission on Judicial Discipline
      Law Offices of Thomas C. Bradley

20-43991